IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN L. McCARTY, | ) |
| Plaintiffs, | ) CIVIL No.: C-04-05060 MHP |
| vs. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE[1], | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff has an extension of 10 days after entry of this Order to file his opposition to Defendant's opposition to Plaintiff's Motion to Set Aside Wrongful Offset of EAJA Attorney Fee and Motion for Fed.R.Civ.P. Rule 60(a) Order.

IT IS SO STIPULATED:

///

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No Further Action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

McCarty, STIP.Ext of Time
C 04-05060 MHP

1

2  Dated: May 22, 2007

3

4  Signed /Ian M. Sammis/

5  IAN M. SAMMIS
   Attorney for Plaintiff

6

7  Dated: May 23, 2007

8

9  Signed /Dennis Hanna/
   DENNIS J. HANNA

10 Special Assistant United States Attorney and
   Attorney for the Commissioner

11

12

13              ORDER

14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED.

16 Dated: May   31   , 2007

17

18

19 _____
   Honorable MARILYN H. PATEL
20 United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*